```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 19-00089-HWV
Aaron J Smith                                                       Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: CGambini          Page 1 of 1         Date Rcvd: Aug 01, 2019
                            Form ID: trc            Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5174626         DITECH FINANCIAL LLC
                                                                            TOTALS: 1, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2019 at the address(es) listed below:
              Brian C Nicholas    on behalf of Creditor    LOANCARE, LLC. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    LOANCARE, LLC. bkgroup@kmllawgroup.com
              James Randolph Wood    on behalf of Creditor    Quincy Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              Kelly M Walsh    on behalf of Debtor 1 Aaron J Smith kelly@scaringilaw.com,  dblack@scaringilaw.com
              Mario John Hanyon    on behalf of Creditor    DITECH FINANCIAL LLC pamb@fedphe.com
              Thomas  Song    on behalf of Creditor    LOANCARE, LLC. pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 8

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:19-bk-00089-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Aaron J Smith
6829 Shoestring Hill Rd
PO Box 1
Quincy PA 17247

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/31/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: DITECH FINANCIAL LLC | LoanCare, LLC<br>P.O. Box 8068<br>Virginia Beach VA 23450<br>LoanCare, LLC<br>P.O. Box 8068<br>Virginia Beach VA 23450 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/03/19

Terrence S. Miller
**CLERK OF THE COURT**