UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: AARON J. SMITH          : CHAPTER 13
       Debtor(s)           :
                           :
      CHARLES J. DEHART, III    :
      STANDING CHAPTER 13 TRUSTEE  :
         Movant           :
                           :
        vs.              :
                           :
      AARON J. SMITH          :
         Respondent(s)      : CASE NO.   1-19-bk-00089

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this  9th  day of January, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1.  The Trustee avers that debtor(s)' plan is not feasible based upon the following:

        a.  The plan is underfunded relative to claims to be paid – 100% plan.
            (Based on base plan)
        b.  Plan ambiguous – payment.  Plan payments exceed base plan.

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

        a.  Deny confirmation of debtor(s) plan.
        b.  Dismiss or convert debtor(s) case.
        c.  Provide such other relief as is equitable and just.

                          Respectfully submitted:

                          Charles J. DeHart, III
                          Standing Chapter 13 Trustee
                          8125 Adams Drive, Suite A
                          Hummelstown, PA 17036
                          (717) 566-6097

            BY:     /s/James K. Jones
                          Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

      AND NOW, this  9th  day of January, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Kelly Walsh, Esquire
2000 Linglestown Road, Suite 106
Harrisburg, PA  17110

                    /s/Deborah A. Behney
                    Office of Charles J. DeHart, III
                    Standing Chapter 13 Trustee