# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Aaron J Smith<br><br>Debtors | CASE NO. 19-bk-00089-HWV<br><br>CHAPTER 13 |

## **WITHDRAWAL OF APPEARANCE/ENTRY OF APPEARANCE WITHOUT PREJUDICE**

Kindly withdraw the appearance of Brian Langford as attorney for Pennsylvania State Employees Credit Union and enter James Valecko as attorney for Pennsylvania State Employees Credit Union without prejudice in all matters for the duration of this bankruptcy case.

Date: 3/10/2020

/s/James Valecko
James Valecko, Bar No. 79596
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
436 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219
412-434-7958
jimvalecko@weltman.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  
Aaron J Smith

Debtors

CASE NO. 19-bk-00089-HWV

CHAPTER 13

**CERTIFICATE OF SERVICE**

I, James Valecko Esquire, attorney for Pennsylvania State Employees Credit Union, do hereby certify that true and correct copies of the Withdrawal of Appearance/Entry of Appearance without prejudice has been served on March 10, 2020, upon those listed below:

**Service by First-Class Mail**:

Aaron J Smith, Debtor
6829 Shoestring Hill Rd
PO Box 1
Quincy, PA 17247

, Co-Debtor

**and Service by NEF/ECF**:

Kelly M Walsh, Debtors Attorney at kelly@scaringilaw.com
Charles J DeHart, III, Trustee at dehartstaff@pamd13trustee.com
OFFICE OF THE UNITED STATES TRUSTEE at ustpregion03.ha.ecf@usdoj.gov

WELTMAN, WEINBERG & REIS CO., L.P.A.

/s/James Valecko
James Valecko, Bar No. 79596
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
436 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219
412-434-7958
jimvalecko@weltman.com