# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    AARON J SMITH

                 Debtor(s)
                                                      CHAPTER 13

         CHARLES J. DEHART, III
         CHAPTER 13 TRUSTEE
                 Movant                               CASE NO: 1-19-00089-HWV

         vs.

         AARON J SMITH

                 Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on October 19, 2020, Charles DeHart, III, Esquire, Standing Chapter 13 Trustee, through his attorney James K. Jones, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:    October 19, 2020                            Respectfully submitted,

                                                      /s/   James K. Jones, Esquire
                                                      ID:  39031
                                                      Attorney for Movant
                                                      Charles J. DeHart, III
                                                      Standing Chapter 13 Trustee
                                                      8125 Adams Drive, Suite A
                                                      Hummelstown, PA 17036
                                                      Phone:  (717) 566-6097
                                                      Fax:  (717) 566-8313
                                                      eMail:  jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    AARON J SMITH

                                  CHAPTER 13

            Debtor(s)

        CHARLES J. DEHART, III
        CHAPTER 13 TRUSTEE                  CASE NO: 1-19-00089-HWV
            Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion.  Any matters not resolved shall be heard at the dismissal hearing.

        November 18, 2020 at 09:35 AM
        Bankruptcy Courtroom
        Ronald Reagan Federal Bldg
        3rd Floor, 228 Walnut Street
        Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.   You have paid the following and have confirmed payment with Trustee DeHart's office.

        **AMOUNT DELINQUENT AS OF LAST MONTH:  $ 2496.94**
        **AMOUNT DUE FOR THIS MONTH: $760.54**
        **TOTAL AMOUNT DUE BEFORE HEARING DATE: $3257.48**

**NOTE:**
      **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

      **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

      If **submitting payment by U.S. First Class Mail** mail to**:**
            **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA  17604**

       If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.   You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.    You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  October 19, 2020

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   AARON J SMITH

                                         CHAPTER 13

          Debtor(s)

          CHARLES J. DEHART, III               CASE NO: 1-19-00089-HWV
          CHAPTER 13 TRUSTEE
                Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 19, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

Served Electronically

KELLY M WALSH, ESQUIRE                    UNITED STATES TRUSTEE
SCARINGI & SCARINGI, PC                   SUITE 1190
2000 LINGLESTOWN RD, SUITE 106            228 WALNUT STREET
HARRISBURG, PA  17110-                    HARRISBURG, PA  17101

Served by First Class Mail

AARON J SMITH
6829 SHOESTRING HILL RD
PO BOX 1
QUINCY, PA  17247

I certify under penalty of perjury that the foregoing is true and correct.

Date:  October 19, 2020            Liz Joyce
                                   for Charles J. DeHart, III, Trustee
                                   Suite A, 8125 Adams Dr.
                                   Hummelstown, PA  17036
                                   Phone:  (717) 566-6097
                                   eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    AARON J SMITH

                                      CHAPTER 13

        Debtor(s)

    CHARLES J. DEHART, III
    CHAPTER 13 TRUSTEE
            Movant                    CASE NO: 1-19-00089-HWV

    vs.

    AARON J SMITH                  MOTION TO DISMISS

### <u>ORDER DISMSSING CASE</u>

       Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.