United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Aaron J Smith  
    Debtor

Case No. 19-00089-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke        Page 1 of 2  
Date Rcvd: Jun 10, 2021        Form ID: ordsmiss        Total Noticed: 9

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aaron J Smith, 6829 Shoestring Hill Rd, PO Box 1, Quincy, PA 17247-0001 |
| cr | + | LoanCare, LLC, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 5230212 | + | LoanCare, LLC, P.O. Box 8068, Virginia Beach VA 23450-8068 |
| 5230213 | + | LoanCare, LLC, P.O. Box 8068, Virginia Beach VA 23450, LoanCare, LLC, P.O. Box 8068 Virginia Beach VA 23450-8068 |
| 5202091 | + | Quincy Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5384764 | + | Robertson, Anschutz, Schneid, Crane & Partners, PL, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 5148670 | + | Teresa Smith, 6829 Shoestring Hill Road, PO Box 1, Quincy, PA 17247-0001 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5148669 | | Email/Text: bankruptcynotices@psecu.com | Jun 10 2021 18:57:00 | PA Sta Empcu, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5165916 | + | Email/Text: bankruptcynotices@psecu.com | Jun 10 2021 18:57:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5174625 | | DITECH FINAICIAL LLC |
| 5174626 | | DITECH FINANCIAL LLC |
| cr | *+ | Quincy Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5148668 | ##+ | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor LOANCARE  LLC. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Brian Thomas Langford | on behalf of Creditor PSECU PitEcf@weltman.com  PitEcf@weltman.com |
| Charles G. Wohlrab | on behalf of Creditor LoanCare  LLC cwohlrab@raslg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor LOANCARE  LLC. bkgroup@kmllawgroup.com |
| James Peter Valecko | on behalf of Creditor PSECU jvalecko@weltman.com  PitEcf@weltman.com |
| James Randolph Wood | on behalf of Creditor Quincy Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| Kelly M Walsh | on behalf of Debtor 1 Aaron J Smith kelly@scaringilaw.com  dblack@scaringilaw.com |
| Mario John Hanyon | on behalf of Creditor DITECH FINANCIAL LLC pamb@fedphe.com  mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor LOANCARE  LLC. pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Thomas Song | on behalf of Creditor LOANCARE  LLC. tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Aaron J Smith,<br>**Debtor 1** | Chapter 13<br><br>Case No. 1:19−bk−00089−HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: June 10, 2021

By the Court,

*Henry W. Van Eck* (signature)

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

ordsmiss (05/18)