Check No. 2003998

Voucher manifest below. Please save the following pages for your records.

Pay to: CLERK U.S. BANKRUPTCY COURT

***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT JHAUBERT@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 18-02333-HWV | 999-0 | DEWEY FRANK DAILY<br>Original Check written to:<br>DEWEY FRANK DAILY<br>630 WILSON AVENUE<br>DALLASTOWN, PA 17313 | | 0.00 | 758.62 | 0.00 | 758.62 |
| 18-02554-MJC | 012-0 | ROBERT PETER ZEMBEK<br>Original Check written to:<br>ABSOLUTE RESOLUTIONS INVESTMENTS LLC<br>C/O FIVE LAKES AGENCY INC<br>PO BOX 80730<br>ROCHESTER, MI 48308- | 7351 | 5,562.05 | 63.71 | 0.00 | 63.71 |
| 18-05025-HWV | 999-0 | DONNA MARIE HALL<br>Original Check written to:<br>DONNA MARIE HALL<br>1988 CLINTON AVE.<br>CHAMBERSBURG, PA 17201- | | 0.00 | 70.54 | 0.00 | 70.54 |
| 19-00089-HWV | 999-0 | AARON J SMITH<br>Original Check written to:<br>AARON J SMITH<br>6829 SHOESTRING HILL RD<br>PO BOX 1<br>QUINCY, PA 17247 | | 0.00 | 510.01 | 0.00 | 510.01 |
| 19-04464-RNO | 999-0 | SUSAN GAIL BREITNER<br>Original Check written to:<br>SUSAN GAIL BREITNER<br>30 VIRGINIA DRIVE, ROOM 113<br>TUNKHANNOCK, PA 18657- | | 0.00 | 5,003.32 | 0.00 | 5,003.32 |
| ~~20-00000~~-HWV<br>*19-00089 HWV* | 097-0 | TRUSTEE SUSPENSE<br>Original Check written to:<br>AARON J. SMITH<br>6829 SHOESTRING HILL ROAD<br>QUINCY, PA 17247 | 11900089 | 0.00 | 1,085.12 | 0.00 | 1,085.12 |