Check No. 2004972

Voucher manifest below. Please save the following pages for your records.

Pay to: CLERK U.S. BANKRUPTCY COURT

***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT JHAUBERT@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 17-03700-MJC | 005-0 | ERNEST W. JOHNSON<br>Original Check written to:<br>CREDIT CAR<br>3504 BIRNEY AVENUE<br>MOOSIC, PA 18507- | | 0.00 | 2,900.00 | 0.00 | 2,900.00 |
| 19-01091-HWV | 999-0 | ADRIENNE J. WU<br>Original Check written to:<br>ADRIENNE J. WU<br>50 TOWNHOUSE<br>HERSHEY, PA 17033 | | 0.00 | 696.47 | 0.00 | 696.47 |
| ~~20-00000~~-HWV<br>1-19-00089 | 097-0 | TRUSTEE SUSPENSE<br>Original Check written to:<br>AARON J. SMITH<br>6829 SHOESTRING HILL ROAD<br>QUINCY, PA 17247 | 11900089 | 0.00 | 542.56 | 0.00 | 542.56 |