Check No. 2008074

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT JHAUBERT@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 15-05123-MJC | 999-0 | LAWRENCE A SEMON<br>Original Check written to:<br>LAWRENCE A SEMON and SUSAN E SEMON<br>3169 STONY RUN LANE<br>CRESCO, PA 18326 | | 0.00 | 1,819.17 | 0.00 | 1,819.17 |
| 16-00587-HWV | 999-0 | JENNIFER L EICHHORN<br>Original Check written to:<br>JENNIFER L EICHHORN<br>102 N MANN AVENUE<br>PO BOX 82<br>YEAGERTOWN, PA 17099 | | 0.00 | 930.18 | 0.00 | 930.18 |
| 16-03441-HWV | 009-0 | THOMAS LEONARD PARICHUK<br>Original Check written to:<br>BITUMINOUS PAVING MATERIALS<br>1300 ZINNS QUARRY ROAD<br>YORK, PA 17404-3599 | | 592,077.76 | 2,135.08 | 0.00 | 2,135.08 |
| ~~20-00000-HWV~~ 1-16-00587 | 043-0 | TRUSTEE SUSPENSE<br>Original Check written to:<br>JENNIFER L EICHHORN<br>102 N MANN AVENUE<br>PO BOX 82<br>YEAGERTOWN, PA 17099 | 1-16-00587 | 0.00 | 511.09 | 0.00 | 511.09 |
| ~~21-00000-HWV~~ 1-19-00089 | 002-0 | SUSPENSE ACCOUNT<br>Original Check written to:<br>AARON J SMITH<br>6829 SHOESTRING HILL ROAD,<br>PO BOX 1<br>QUINCY, PA 17247 | 11900089 | 0.00 | 542.56 | 0.00 | 542.56 |