Check No. 2009102

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT JHAUBERT@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 17-00999-HWV | 999-0 | DAVID E. WILLOW | | 0.00 | 78.24 | 0.00 | 78.24 |
| | | Original Check written to: DAVID E. WILLOW 531 EAST LOCUST STREET MECHANICSBURG, PA 17055 | | | | | |
| 17-01666-MJC | 007-0 | KIMBERLY J. MILLER | | 20,896.13 | 371.86 | 0.00 | 371.86 |
| | | Original Check written to: ANN GRABOWSKI 16 GRABOWSKI ROAD SHICKSHINNY, PA 18655- | | | | | |
| ~~21-00089-HWV~~ 19-00089 | 002-0 | SUSPENSE ACCOUNT | 11900089 | 0.00 | 542.56 | 0.00 | 542.56 |
| | | Original Check written to: AARON J SMITH 6829 SHOESTRING HILL ROAD, PO BOX 1 QUINCY, PA 17247 | | | | | |