United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-00089-HWV |
| Aaron J Smith | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Feb 04, 2022     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aaron J Smith, 6829 Shoestring Hill Rd, PO Box 1, Quincy, PA 17247-0001 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Samantha C Wolfe |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor LOANCARE LLC. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Brian Thomas Langford | on behalf of Creditor PSECU PitEcf@weltman.com PitEcf@weltman.com |
| Charles G. Wohlrab | on behalf of Creditor LoanCare LLC cwohlrab@raslg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | |

|  |  |
|---|---|
|  | on behalf of Creditor LOANCARE LLC. bkgroup@kmllawgroup.com |
| James Peter Valecko | |
|  | on behalf of Creditor PSECU pitecf@weltman.com PitEcf@weltman.com |
| James Randolph Wood | |
|  | on behalf of Creditor Quincy Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Kelly M Walsh Appleyard | |
|  | on behalf of Debtor 1 Aaron J Smith kelly@keystoneelderlaw.com dblack@scaringilaw.com |
| Mario John Hanyon | |
|  | on behalf of Creditor DITECH FINANCIAL LLC pamb@fedphe.com mario.hanyon@brockandscott.com |
| Mario John Hanyon | |
|  | on behalf of Creditor LOANCARE LLC. pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Thomas Song | |
|  | on behalf of Creditor LOANCARE LLC. tomysong0@gmail.com |
| United States Trustee | |
|  | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| Aaron J Smith | Chapter: | 13 |
|---|---|---|
| Debtor 1 | Case No.: | 1:19-bk-00089-HWV |

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On January 26, 2022, an application was filed for the Claimant(s), Aaron J. Smith, for the payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

**ORDERED** that, pursuant to 28 U.S.C. § 2042, the sum of $3765.37 held in unclaimed funds be made payable to Aaron J. Smith and disbursed to the payee via electronic funds transfer to the bank account provided on the AO 213 form submitted with the application.

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 4, 2022